# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARRY G. WALKER, III,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 14-853** |
| v. | : | |
| | : | |
| **THE CITY OF COATESVILLE,** | : | |
| **Defendant.** | : | |

## ORDER

This 26th day of November, 2014 it is **ORDERED** that Defendant City of Coatesville's Motion to Dismiss Plaintiff's Complaint is **DENIED.**

    /s/ Gerald Austin McHugh
United States District Court Judge